# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 20, 2008

136373

ROBERT E. BOWERS,
      Plaintiff-Appellee,

v

JENNIFER K. VANDERMEULEN-BOWERS,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136373
COA: 274377
Mecosta CC: 02-015357-DM

On order of the Court, the application for leave to appeal the March 25, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 20, 2008
p0617

_____
Clerk